AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

ISABELA RODRIGUES GONCALVES and RENATO ELOY GONCALVES,

*Plaintiff(s)*

v.

JUICE AND JAVA SUNNY ISLES, LLC, a Florida limited liability company, d/b/a TREESOME NATURAL FOOD CAFE, and MICHAEL LUSTIGMAN, individually,

*Defendant(s)*

Civil Action No. 1:26-cv-27856-RKA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JUICE AND JAVA SUNNY ISLES, LLC
c/o Michael Lustigman, Registred Agent
4027 194th Trail
Sunny Isles, Florida 33160

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Santiago J. Padilla, Esq.
Law Offices of Santisgo J. Padilla, P.A.
1395 Brickell Avenue, Suite 800
Miami, Florida 33131
(305) 824-2400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT · SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Nov 5, 2026

*s/ W. Cendejas*

Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

ISABELA RODRIGUES GONCALVES and RENATO ELOY GONCALVES,

*Plaintiff(s)*

v.

JUICE AND JAVA SUNNY ISLES, LLC, a Florida limited liability company, d/b/a TREESOME NATURAL FOOD CAFE, and MICHAEL LUSTIGMAN, individually,

*Defendant(s)*

Civil Action No. 1:26-cv-27856-RKA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael Lustigman
4027 194th Trail
Sunny Isles, Florida 33160

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Santiago J. Padilla, Esq.
Law Offices of Santisgo J. Padilla, P.A.
1395 Brickell Avenue, Suite 800
Miami, Florida 33131
(305) 824-2400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date: Nov 5, 2026

Angela E. Noble
Clerk of Court

s/ W. Cendejas

Deputy Clerk
U.S. District Courts